UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Steven C. Mannion |
| v. | |
| ELVIN GUZMAN-RODRIGUEZ,<br>  a/k/a "Elvin S. Guzman,"<br>  a/k/a "Pedro Guzman,"<br>  a/k/a "Joel O. Matos Santiago,"<br>  a/k/a "Joel O. Matos,"<br>  a/k/a "Jose R. Rivera,"<br>  a/k/a "Elvin S. Rodriguez,"<br>  a/k/a "Joel O. Santiago" | Mag. No.  16-6080 |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Karen D. Stringer, Assistant United States Attorney appearing), and the defendant Elvin Guzman-Rodriguez (Leticia Olivera, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and Defendant being aware that he has the right, under 18 U.S.C. § 3161(b), to have the matter presented to a Grand Jury within thirty (30) days of his arrest; and no previous continuances having been granted; and the Defendant through his attorney having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the Defendant seek additional time to achieve successful resolution

of these negotiations, which would render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3 161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this 13 day of May, 2016,

ORDERED that the proceedings in the above-captioned matter are continued from the date of this order through and including July 31, 2016; and

IT IS FURTHER ORDERED that the aforementioned period shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. STEVEN C. MANNION
United States Magistrate Judge

16-6050

Consented and Agreed to by:

_____
Leticia Olivera, Esq.
Counsel for Defendant

_____
Karen D. Stringer
Assistant United States Attorney

RECEIVED IN THE CHAMBERS OF

MAY 13 2016

TIME:_____M
HON. STEVEN C. MANNION, U.S.M.J.